
# GELBER + SANTILLO

February 14, 2020

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

ENDORSED

The Application is **granted**.

SO ORDERED:

*/s/ Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Feb. 19, 2020

Re:   United States v. Berlisa Bryan, 19-cr-789-PGG-21 (*United States v. Rose*)

Dear Judge Gardephe:

On November 7, 2019, I was appointed to represent Berlisa Bryan as CJA counsel. I write to respectfully request that associate counsel be appointed to assist me in the case. Specifically, I ask that Fern Mechlowitz, a Senior Associate and full-time employee at my firm, be approved to assist me for more than 10 hours at the rate of $110 an hour. As set forth in her attached resume, Ms. Mechlowitz is an experienced attorney who graduated from Stanford University and the University of Virginia School of Law and worked as an assistant to the Chief of Staff at the White House and as an associate at both Arnold & Porter and Sullivan & Cromwell. She also clerked for a federal judge, which included work on criminal matters.

Ms. Bryan is charged with wrongful disclosure of healthcare information and solicitation of bribes, with 27 other codefendants. We understand that the discovery in this case is voluminous. According to Julie de Almeida, the Coordinating Discovery Attorney assigned to this case, the discovery in this matter is "massive and complex" and "one of the more complicated" cases that she has seen. I believe that Ms. Mechlowitz's assistance is necessary to efficiently review the discovery and to represent Ms. Bryan effectively.

Thank you for your consideration.

Very truly yours,

/s/ Kristen M. Santillo

KRISTEN M. SANTILLO