

November 4, 2021

**MEMO ENDORSED:**

The application is granted. The Defendant's sentencing, currently scheduled for December 15, 2021, will now take place on **February 18, 2022 at 3:00 p.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: November 4, 2021

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Berlisa Bryan*, 1:19-CR-789-021 (PGG)

Dear Judge Gardephe:

    I represent Berlisa Bryan in the above-captioned matter. Ms. Bryan pled guilty before this Court on June 28, 2021. Last week, the Court issued an order rescheduling Ms. Bryan's sentencing hearing for December 15, 2021. I am scheduled to be representing another client in a lengthy trial in the District of New Jersey during most of December, and I understand that there is a trial scheduled in this case to begin in late January 2021, which will occupy the Government. I therefore respectfully request that Ms. Bryan's sentencing be adjourned to sometime in February 2022. I have consulted with counsel for the Government, who have no objection to my request. Thank you for your consideration.

Very truly yours,

/s/ Kristen M. Santillo

Kristen M. Santillo